**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_______________________________________x

DEREK POLLITT, on behalf of himself and all
Others similarly situated,

Civil Action No. 1:24-cv-7259

Plaintiffs,

-against-

BOTTE CUCINA, LLC,

Defendant.

_______________________________________x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDUCE**

Plaintiff Derek Polllitt, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice.

Dated: February 6, 2025

By: Gabriel Levy
________________________

Gabriel A. Levy, Esq .
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com